1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

| MICHAEL PRIZER, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD RESERVE MONETARY EXCHANGE, UNIVERSAL MEDIA SYNDICATE, ARTHUR MIDDLETON CAPITAL HOLDINGS, INC., and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. SACV10-01935 AG (JCGx)<br><br>**JUDGMENT** |
|---|---|

1 | The Motion to Dismiss of Defendants World Reserve Monetary Exchange, Universal Media Syndicate, and Arthur Middleton Capital Holdings, Inc. (collectively, "Defendants") as to the Complaint of Michael Prizer ("Plaintiff"), and all evidence and arguments related thereto, having been duly considered, a Notice Of Intent Not To File Amended Complaint having been filed by Plaintiff on March 14, 2011, and an ORDER GRANTING MOTION TO DISMISS FOR LACK OF STANDING/SUBJECT MATTER JURISDICTION upon which this Judgment is based having been duly entered on March 16, 2011,

IT IS HEREBY ORDERED AND ADJUDGED that: (1) Plaintiff take nothing in this case; (2) Judgment be entered in favor of Defendants on Plaintiff's Complaint; and (3) pursuant to Local Rule 54-1 Defendants shall be awarded recoverable costs in this matter in an amount to be determined in accordance with Local Rule 54-3.

**IT IS SO ORDERED.**

Dated: March 29, 2011

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT COURT JUDGE